UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,<br><br>   Plaintiff,<br><br> v.<br><br>MONTEREY GAS CORPORATION, et al.,<br><br>   Defendants. | Case No. 23-cv-00506-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 46 |

  The mediator in this case has filed a notice of settlement. ECF No. 46. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

  This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

  **IT IS SO ORDERED**.

Dated: November 15, 2023



          JON S. TIGAR
        United States District Judge